IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

VS.                                        CRIMINAL NO.  3:07cr110DPJ-LRA

ROSALEE C. TIREY

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court

endorsed herein, the United States Attorney for the Southern District of Mississippi hereby

dismisses the Criminal Indictment against the defendant, ROSALEE C. TIREY, without

prejudice.

DUNN LAMPTON
United States Attorney

Date:  September 22, 2008                    s/Mary Helen Wall
                                        By:   MARY HELEN WALL
                                              Assistant U.S. Attorney
                                              Mississippi Bar No. 100857

Leave of Court is granted for the filing of the foregoing dismissal.

SO ORDERED, this the 23th day of September, 2008.
                                     s/ Daniel P. Jordan III
                                     UNITED STATES DISTRICT JUDGE